**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEBORAH JACKSON, LINDA GONNELLA, and JAMES BINKOWSKI, for themselves and several classes, Plaintiffs, <br><br> v. <br><br> PAYDAY FINANCIAL, LLC, d/b/a Lakota Cash, Big Sky Cash, and Big $ky Cash; WESTERN SKY FINANCIAL, LLC, d/b/a Western Sky Funding, Western Sky, and Westernsky.com; GREAT SKY FINANCE, LLC, d/b/a Great Sky Cash, Great $ky Cash, and Gsky; RED STONE FINANCIAL, LLC, d/b/a Red Stone Cash; MANAGEMENT SYSTEMS, LLC, d/b/a Gsky; 24-7 CASH DIRECT, LLC; RED RIVER VENTURES, LLC; HIGH COUNTRY VENTURES, LLC; FINANCIAL SOLUTIONS, LLC; MARTIN A. ("Butch") WEBB; CASHCALL, INC.; and DOES 1-5, doing business as WS Funding LLC and under other names; Defendants. | 1:11CV9288 <br> Judge Kocoras |

**NOTICE OF APPEAL**

Plaintiffs Deborah Jackson, Linda Gonnella and James Binkowski, acting for themselves and for several putative classes of similarly situated persons, respectfully give notice that they appeal to the United States Court of Appeals for the Seventh Circuit from

(1) a memorandum opinion and order by the Honorable Charles P. Kocoras granting defendants' motions to dismiss under Fed.R.Civ.P. 12(b)(3), which was filed and entered on July 9, 2012 (Document No. 65, PageID 1306-1313); and

(2) a minute order giving the same result and finding all other motions moot, which was filed and entered on July 9, 2012 (Document No. 64, PageID 1305); and

(3) any other order relating to the entry of judgment against plaintiffs.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman (counsel of record)
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

1

## CERTIFICATE OF SERVICE

    I, Thomas E. Soule, counsel for plaintiffs, hereby certify that the preceding document was served upon counsel for all defendants through operation of the Court's electronic filing system, on July 10, 2012, as follows:

| | |
|---|---|
| Claudia Callaway | claudia.callaway@kattenlaw.com |
| Jeffrey T. Karek | jkarek@mtwllp.com |
| Matthew R. Lasek | lasekm@ballardspahr.com |
| Michael J. Lohnes | michael.lohnes@kattenlaw.com |
| Christopher J. Willis | willisc@ballardspahr.com |
| Ralph T. Wutscher | rwutscher@mtwllp.com |

                                                       /s/ Thomas E. Soule
                                                       Thomas E. Soule