UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Deborah Jackson, et al | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 11 C 9288 |
| Payday Financial, LLC, et al | ) |
| | ) Hon. Charles P. Kocoras |
| Defendant(s). | ) |

## ORDER

The Clerk of the Court is directed to supplement the record on appeal by transmitting to the Court of Appeals, this Court's Finding of Fact (Doc [95]), Plaintiffs' Statement of Relevant Facts, and on Further Discovery Required on Limited Remand by Court of Appeals (Doc [82]), and Defendants' Position Regarding Proceedings Under the Seventh Circuit's Remand Order (Doc [83]).

Date: August 28, 2013

CHARLES P. KOCORAS
United States District Judge